**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2359**

———————

HAROLD W. LEWIS, as Personal Representative of
the Estate of Mattie V. Lewis,

                                    Petitioner,

        versus

MINERAL DEVELOPMENT COMPANY; DIRECTOR, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR; OLD REPUBLIC
INSURANCE COMPANY, INCORPORATED,

                                  Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(00-1170-BLA, 97-0693, 97-0694)

———————

Submitted: October 24, 2002      Decided: November 15, 2002

———————

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Hook, Waynesburg, Pennsylvania, for Petitioner.  Mark E.
Solomons, Laura Metcoff Klaus, GREENBERG TRAURIG, Washington, D.C.,
for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold W. Lewis seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Estate of Mattie Lewis v. Mineral Dev. Co.</u>, No. 00-1170-BLA (BRB Oct. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>